## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERIS LLC**                                                                                           **PLAINTIFF**

**v.**                                              **4:08CV00011-WRW**

**CSX TRANSPORTATION, INC.,** *et al.*                                                **DEFENDANTS**

## ORDER

Pending is Defendant CSX Transportation Inc.'s Motion to Transfer Venue To The Western District Of Arkansas (Doc. No. 4). By letter notice (Doc. No. 22) dated February 7, 2008, all parties consented to jurisdiction and venue in the Western District of Arkansas. Accordingly, Defendants' Motion for Transfer of Venue is GRANTED.

Under 28 U.S.C. §1404,[1] this case is transferred to the United States District Court for the Western District of Arkansas, El Dorado Division. The Clerk of the Court is directed to close this case and transfer it to that district.

IT IS SO ORDERED this 8th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1404(a) states: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."